| | |
|---|---|
| Steven C. Hathaway<br>P.O. Box 2147<br>Bellingham, WA 98227<br>(360) 676-0529 | Honorable Karen A. Overstreet<br>Chapter 13 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In re: ) Case No. 10-11106
)
Troy Denney and Lissa Denney, ) ORDER DISMISSING CHAPTER 13
              *Debtors*. )
_____ )

On consideration of the motion to dismiss having been filed by the above-named debtors and due notice of said dismissal having been given to the creditors of said debtors and the trustee, the court finds the debtors are eligible for dismissal. Accordingly,

The debtors' Chapter 13 case shall be and is hereby dismissed.

Date:_____

Marc Barreca
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

*/s/ Steven C. Hathaway*
Steven C. Hathaway, Attorney for Debtors